INTERNAL USE ONLY: Proceedings include all events.
05-16567 Long v. City County Honolulu, et al

CYNTHIA MARIE LONG,                Jack F. Schweigert, Esq.
individually, and as Personal      FAX 808-533-7490
Representative of the Estate       (808) 533-7491
of Dustan Dominic Long             Room 309
      Plaintiff - Appellant        [COR LD NTC ret]
                                   550 Halekauwila
                                   Honolulu, HI 96813

                                   Brian Hiyane
                                   808-275-0300
                                   Suite 500
                                   [NTC ret]
                                   KAWASHIMA LORUSSO & TOM
                                   Topa Financial Center
                                   745 Fort St.
                                   Honolulu, HI 96813

    v.

CITY AND COUNTY OF HONOLULU        James Kawashima, Esq.
      Defendant - Appellee         808/544-8300
                                   23rd Floor
                                   [COR LD NTC ret]
                                   WANTANABE, ING & KAWASHIMA
                                   First Hawaiian Center
                                   999 Bishop Street
                                   Honolulu, HI 96813

PATRICK A. STERLING, Officer,      James Kawashima, Esq.
Honolulu Police Department         (See above)
      Defendant - Appellee         [COR LD NTC ret]

JOHN DOES, 1-10                    No appearance
      Defendant - Appellee